UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JASON KLEINBUB,                          )
                                         )
    Plaintiff,                           )
                                         )
        v.                           ) Cause No. 1:22-cv-00493-JRS-MG
                                         )
TRACTOR SUPPLY, CO.,                     )
                                         )
    Defendant.                           )

## ORDER ON JOINT MOTION TO STAY LITIGATION PENDING ARBITRATION

Plaintiff Jason Kleinbub ("Plaintiff"), and Defendant, Tractor Supply, Co. ("Defendant"), by their respective counsel, filed a joint motion requesting that the Court stay the litigation pending the outcome of the arbitration between Plaintiff and Defendant.  The Court has considered this motion and hereby GRANTS the motion.

IT IS THEREFORE ORDERED that the proceedings in this matter are STAYED pending arbitration. The Clerk is directed to procedurally close this case. All deadlines and hearing settings are VACATED, and all pending motions in this matter are terminated without prejudice. The parties may move to reopen this case.

Date: 4/27/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution to:
All ECF Counsel of Record